UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Patricia Devine v. Bayer Corporation, et al.* | No. 09-cv-10007-DRH |
| *Sabrina Minner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10959-DRH |
| *Kerry Sims v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10012-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on and February 21, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
        Deputy Clerk

**Dated:** February 24, 2014

Digitally signed by David R. Herndon
Date: 2014.02.24 17:12:56 -06'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**